UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MADHURI TRIVEDI,

                    Plaintiff,

-against-                                      23 **CIVIL** 0126 (LTS)

### **JUDGMENT**

GENERAL ELECTRIC COMPANY, ET AL.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2024, The motion to "Withdraw mandate, motion to extend time to file petition for REHEARING EN BANC" is denied without prejudice as unnecessary, because the same motion is pending in the Second Circuit. Motion (ECF 18) terminated. No further documents will be accepted in this closed case with the exception of documents addressed to the Second Circuit. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Accordingly, the case is closed.

**Dated:**  New York, New York

      November 19, 2024

                                                              **DANIEL ORTIZ**
                                                               **Acting Clerk of Court**

                                  **BY:**
                                                _____
                                                                **Deputy Clerk**